UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3216-GW-PVCx | Date | July 3, 2023 |
|---|---|---|---|
| Title | *Jacqueline White v. Torrance Refining Company LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ali S. Carlsen | Gary T. Lafayette |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [13]**

The Court's Tentative Ruling on Plaintiff's Motion [13] was issued on June 30, 2023 [24]. Oral argument is held. For reasons stated on the record, Plaintiff's Motion is TAKEN UNDER SUBMISSION.

: 17

Initials of Preparer   JG